# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

FILED
CHARLOTTE, NC

OCT 27 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Eric V Lewis
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

MY Econ
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:25-CV-849-KDB
*(to be filled in by the Clerk's Office)*

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Eric V Lewis
Street Address: 2291 Freedom Dr
City and County: Charlotte
State and Zip Code: NC 28208
Telephone Number: 336-342-0662
E-mail Address: Ncbaby2x@gmail

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
- Name: Motor Club of America
- Job or Title (if known):
- Street Address: 5025 Gaillardia Corporate Pl Ste D
- City and County: Oklahoma City
- State and Zip Code: OK 73142
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: MY Econ
- Job or Title (if known):
- Street Address: 3750 Hewatt Ct SW
- City and County: Snellville
- State and Zip Code: Georgia 30039
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Deal Machine
- Job or Title (if known):
- Street Address: 456 N Maridian St Ste 4405D
- City and County: indianpolis in
- State and Zip Code: in 46204
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Batch leads
- Job or Title (if known):
- Street Address: 3150 N 24th Ste 203
- City and County: Phoenix
- State and Zip Code: AZ 85016
- Telephone Number:
- E-mail Address (if known):

Defendant No. 1
Name: Koenigsegg Charlotte
Job or Title (if known):
Street Address: 6010 Kenley Ln
City and County: Charlotte
State and Zip Code: NC 28217
Telephone Number:
E-mail Address (if known):

Defendant No. 2
Name: Fliping master / Propwire
Job or Title (if known):
Street Address: 2036 N Gilbert rd Ste 2-188
City and County: Mesa
State and Zip Code: Arizona 85203
Telephone Number:
E-mail Address (if known):

Defendant No. 3
Name: Subto / Pace morby
Job or Title (if known):
Street Address: 1050 W Washington St #133
City and County: Tempe
State and Zip Code: AZ 85288
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name: Flip with rick
Job or Title (if known):
Street Address: 2740 SW martin Downs Blvd #411
City and County: Palm City
State and Zip Code: FL 34990
Telephone Number:
E-mail Address (if known):

Defendant No. 1
  Name: D.H Griffin Companies
  Job or Title (if known):
  Street Address: 4716 Hilltop rd Greensboro, NC
  City and County: Greensboro
  State and Zip Code: NC 27407
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Staff Zone Global Headquaters
  Job or Title (if known):
  Street Address: 863 Holcomb Bridge rd
  City and County: rosewell
  State and Zip Code: GA 30076
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_____

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/27/2026

Signature of Plaintiff: Eric V Lewis
Printed Name of Plaintiff: Eric V Lewis

B.  **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____