IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ERIC V. LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>MOTOR CLUB OF AMERICA, MY ECON, DEAL MACHINE, BUTCH LEADS, D.H. GRIFFIN COMPANIES, KOENIGSEGG CHARLOTTE, STAFF ZONE GLOBAL HEADQUARTERS, FLIPPING MASTER/PROPWIRE, SUBTO/PACE MORBY, AND FLIP WITH RICK,<br><br>Defendants. | CIVIL ACTION NO.<br>3:25-CV- 00849-KDB-DCK |
| ERIC V. LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>THE TITLE WIZARD, AND CHICAGO MOTOR CARS,<br><br>Defendants. | CIVIL ACTION NO.<br>3:25-CV-00868-KDB-SCR |

## MEMORANDUM AND ORDER

After filing eight legally frivolous matters within three weeks, the Court ordered Plaintiff to show cause, on or before November 7, 2025, why a pre-filing review requirement should not be imposed on future filings. *See* 3:25-CV-831, Doc. No. 3. Plaintiff did not respond to that order,

1

and the time to do so has expired. However, in the interim, Plaintiff has filled five additional complaints, two of which are now before this Court. The complaints do not identify any basis for federal jurisdiction, or indeed, assert a clear cause of action. Therefore, having reviewed the complaints and finding that they do not satisfy the Court's required initial review for motions to proceed in forma pauperis test, *see id.*, the Court will dismiss these matters and deny Plaintiff's motions to proceed in forma pauperis as moot.

Further, all documents submitted by the Plaintiff in the future, whether in these cases or in any other action filed in this District, will be pre-screened by the Court for content. Any proposed filings that are not made in good faith or which lack substance or merit will be returned to the Plaintiff without further explanation. The Clerk is instructed to add these cases to Plaintiff's Filer Status Report in CM-ECF.

**SO ORDERED ADJUDGED AND DECREED**.
Signed: November 10, 2025

Kenneth D. Bell
United States District Judge